STATE of Missouri, Respondent,

v.

Thomas Wesley MADDOX, Appellant.

No. 48137.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 11, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 16, 1984.

Robert Jackson Maurer, Public Defender, Clayton, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Defendant, Thomas Wesley Maddox, was convicted, after a jury trial, of burglary second degree and stealing property valued over $150. He appeals from the judgment of the trial court sentencing him, as a persistent offender, to consecutive terms of imprisonment for ten years on each count. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).